**Form fnldec** (Revised 10/07/2009)

## United States Bankruptcy Court – District of Kansas
240 US Courthouse
444 SE Quincy
Topeka, KS 66683

Case Number: 09−41539    Chapter: 7

In re:

Gretchen Marie Bourell
aka     Gretchen M Bourell
aka     Gretchen Bourell

4824 NW Fielding Place Apt 7
Topeka, KS 66618

SSN: xxx−xx−0368

| **Entered By The Court**<br>**11/29/10** | **FINAL DECREE** | **Filed By The Court**<br>**11/29/10**<br>**Fred Jamison**<br>**Clerk of Court**<br>**US Bankruptcy Court** |
|---|---|---|

The estate of the debtor(s) has been fully administered. If appropriate, the deposit required by the plan has been distributed.

IT IS ORDERED THAT:

1. Patricia E Hamilton is discharged as trustee of this estate and the bond is cancelled.

2. This chapter 7 case is closed.

Document 36

s/ Janice Miller Karlin
United States Bankruptcy Judge